**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Roy Dale Glover v. The State of Texas

Appellate case number:    01-13-00564-CR

Trial court case number:  14199

Trial court:             506th District Court of Grimes County


       The State's Motion to Dismiss for Want of Jurisdiction is **denied**. *See Whitfield v. State*, PD-0865-13, 2014 WL 1796665, at *3 (Tex. Crim. App. May 7, 2014).


       It is so ORDERED.


Judge's signature: <u>/s/ Laura Carter Higley</u>
                 Acting individually


Date: <u>June 24, 2014</u>